FRANNY A. FORSMAN
Federal Public Defender
State Bar No. 000014
BRENDA WEKSLER
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Mario Alberto Alonso-Maldonado

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO ALBERTO ALONSO-MALDONADO,<br><br>Defendant. | 2:10-cr-197-RCJ-LRL<br><br>**PROPOSED ORDER ON MOTION TO ALLOW LATE FILING OF NOTICE OF APPEAL** |
|---|---|

Federal Rule of Appellate Procedure 4(b)(4) states: "Upon a showing of excusable neglect or good cause, the district court may—before or after the time has expired, with or without motion and notice—extend the time or filing a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)." See FRAP 4(b)(4).

The judgment of conviction in this case was entered on October 14, 2010. As a result, Alonso-Maldonado's notice of appeal was due no later than October 28, 2010. See FRAP 4(b)(A)(I). Nevertheless, Maldonado is still within the 30-day rule prescribed by FRAP 4(b)(4) to request this extension. See FRAP 4(b)(4).

This Court has considered arguments by the parties, the affidavit submitted by Ms. Kirtley, and the assertions of Alonso-Maldonado regarding the steps he took to notify his attorney of his desire to appeal. Based on all of the factors enumerated above, the Court finds that excusable neglect has been demonstrated.

DATED this 29th day of November, 2010.

_____
Gloria M. Navarro
United States District Judge